# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-MC-087-MOC-DCK

| | |
|---|---|
| R. ALEXANDER ACOSTA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| LEWARO INTERIORS, INC., ) | |
| ) | |
| Respondent. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on "The Secretary Of Labor's Petition To Enforce Administrative Subpoena *Duces Tecum* Issued By The Wage And Hour Division" (Document No. 1) filed May 11, 2018. The undersigned notes that no response has been filed, and the time to respond has lapsed. See Local Rule 7.1(e). This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and applicable authority, the undersigned will grant the motion.

Based on the arguments and authority cited in the pending "…Petition To Enforce…" (Document No. 1) and "Memorandum In Support…" (Document No. 1-1), along with the Respondent's failure to respond, the undersigned finds that the requested relief should be granted. Respondent will, therefore, be required to provide full and complete responses to Petitioner's requests. See (Document No. 1, ¶ 25 and Document No. 1-6). Respondent or counsel for Respondent shall contact Petitioner's counsel, Jana J. Edmondson-Cooper, on or before **June 8, 2018**, to schedule a time and place for Respondent to produce the requested items and documents. Id.

**IT IS, THEREFORE, ORDERED** that "The Secretary Of Labor's Petition To Enforce Administrative Subpoena *Duces Tecum* Issued By The Wage And Hour Division" (Document No. 1) is **GRANTED**, as described herein.

**IT IS FURTHER ORDERED** that the parties shall file a Status Report by **June 22, 2018**, indicating that the required production has been provided.

The Clerk of Court is directed to send a copy of this Order to Respondent – at the address noted in Document No. 1, p. 2, ¶ 3 – by certified U.S. mail, return receipt requested.

**SO ORDERED**.

Signed: May 30, 2018

David C. Keesler
United States Magistrate Judge