UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-mc-87

| | |
|---|---|
| R. ALEXANDER ACOSTA,<br>**Secretary of Labor, United States Department of Labor,** | )<br>)<br>) |
| Petitioner, | )<br>) |
| Vs. | )     **SHOW CAUSE ORDER** <br>) |
| **LEWARO INTERIORS, INC., d/b/a**<br>**LEWARO INTERIORS,** | )<br>)<br>) |
| Respondent. | ) |

**THIS MATTER** is before the court on petitioner's Petition for Civil Contempt (#6). Petitioner alleges that respondent has repeatedly failed to attend conferences, respond to communications, and produce documents necessary to an ongoing investigation by the United States Department of Labor's Wage and Hour Division. As a result, United States Magistrate Judge David C. Keesler issued an Order (#3) on May 31, 2018, that required respondent to contact petitioner's counsel by no later than June 8, 2018, in order to produce required documents. Petitioner states that, to date, respondent has failed to do so.

The court will require the respondent **LEWARO INTERIORS, INC., d/b/a LEWARO INTERIORS**, and its owner and registered agent, **PHILLIP MOORE**, to appear with counsel before this court to show cause why respondent should not be held in civil contempt for failure to comply with both the *subpoena duces tecum* issued by this court and Judge Keesler's Order.

*Respondent is advised that as a corporate entity, it must appear through an attorney licensed to practice in this Court.*

## ORDER

**IT IS, THEREFORE, ORDERED** that the Clerk of Court calendar the Petition for Civil Contempt (#6) for a **SHOW CAUSE** hearing in this matter to be set not sooner than 30 days from the entry of this Order.

**IT IS FURTHER ORDERED** that the respondent **LEWARO INTERIORS, INC., d/b/a LEWARO INTERIORS**, and its owner and registered agent, **PHILLIP MOORE**, shall appear with counsel before this court to **SHOW CAUSE** why respondent should not be held in civil contempt for failure to comply with both the *subpoena duces tecum* issued by this court and Judge Keesler's Order.

The Clerk of Court is instructed to provide the United States Marshal with a copy of this Order and a Notice of the Show Cause Hearing.

The United States Marshal is respectfully directed to serve respondent **LEWARO INTERIORS, INC., d/b/a LEWARO INTERIORS**, and its owner and registered agent, **PHILLIP MOORE** with a copy of this Show Cause Order and such Notice.

Signed: August 10, 2018

Max O. Cogburn Jr.
United States District Judge