IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-MC-087-MOC-DCK

| | |
|---|---|
| R. ALEXANDER ACOSTA,<br>Secretary of Labor,<br>United States Department of Labor,<br><br>Petitioner,<br><br>v.<br><br>LEWARO INTERIORS, INC.,<br><br>Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>) **ORDER**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the status of this case.

The Court notes that the Honorable Max O. Cogburn, Jr. entered an "Order" (Document No. 17) on October 25, 2018 finding Respondent in civil contempt for failure and refusal to comply with the Secretary of Labor's lawful subpoena and this Court's lawful Orders. Judge Cogburn ordered Respondent to purge its contempt and pay the Secretary's costs and attorney's fees. (Document No. 17, p. 6). In addition, the Secretary was ordered to certify the receipt of documents. Id.

There have been no filings in this case since Judge Cogburn's Order on October 25, 2018.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Status Report, jointly if possible, on or before **May 31, 2019**.

**SO ORDERED**.

Signed: May 22, 2019

*/s/ David C. Keesler*
David C. Keesler
United States Magistrate Judge