# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:18-MC-087-MOC-DCK

| | |
|---|---|
| R. ALEXANDER ACOSTA,<br>Secretary of Labor,<br>United States Department of Labor,<br><br>Petitioner,<br><br>v.<br><br>LEWARO INTERIORS, INC.,<br><br>Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)  **ORDER**<br>)<br>)<br>)<br>)<br>)<br>) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the status of this case.

The Court notes that the undersigned entered an "Order" (Document No. 18) on May 22, 2019 directing the parties to file a Status Report on or before May 31, 2019. Petitioner filed a "… Response To The Court's Order Of May 22, 2019" (Document No. 19) on May 31, 2019, requesting "30 days for the Petitioner to inform the Court of Respondent's business status."

There have been no filings in this case since May 31, 2019.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Status Report, jointly if possible, on or before **March 13, 2020**.

**SO ORDERED**.

Signed: February 27, 2020

David C. Keesler
United States Magistrate Judge