IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-MC-087-MOC-DCK

| | |
|---|---|
| R. ALEXANDER ACOSTA, ) <br> Secretary of Labor, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LEWARO INTERIORS, INC., ) <br> ) <br> Defendant. ) <br> ) | MEMORANDUM AND <br> RECOMMENDATION |

**THIS MATTER IS BEFORE THE COURT** on "The Secretary Of Labor's Status Report And Request To Dismiss" (Document No. 21) filed March 12, 2020. This motion/request has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b), and is now ripe for disposition. Having carefully considered the arguments, the record, and the applicable authority, the undersigned will respectfully recommend that the motion be granted.

The undersigned notes that Petitioner R. Alexander Acosta, filed "The Secretary Of Labor's Status Report And Request To Dismiss" (Document No. 21) on March 12, 2020, noting that "Respondent is no longer operational" and requesting that this matter be dismissed.

Based on the Petitioner's Status Report, the undersigned finds that there is good cause to allow the voluntary dismissal of this case. (Document No. 21); see also (Document No. 17).

**IT IS, THEREFORE, RECOMMENDED** that "The Secretary Of Labor's Status Report And Request To Dismiss" (Document No. 21) be **GRANTED** and that this case be **CLOSED**.

TIME FOR OBJECTIONS

The parties are hereby advised that pursuant to 28 U.S.C. § 636(b)(1)(C), and Rule 72 of the Federal Rules of Civil Procedure, written objections to the proposed findings of fact,

conclusions of law, and recommendation contained herein may be filed within **fourteen (14) days** of service of same.  Responses to objections may be filed within fourteen (14) days after service of the objections.  Fed.R.Civ.P. 72(b)(2).  Failure to file objections to this Memorandum and Recommendation with the District Court constitutes a waiver of the right to *de novo* review by the District Court.  Diamond v. Colonial Life, 416 F.3d 310, 315-16 (4th Cir. 2005);  United States v. Benton, 523 F.3d 424, 428 (4th Cir. 2008).  Moreover, failure to file timely objections will preclude the parties from raising such objections on appeal.  Id.  "In order 'to preserve for appeal an issue in a magistrate judge's report, a party must object to the finding or recommendation on that issue with sufficient specificity so as reasonably to alert the district court of the true ground for the objection.'"  Martin v. Duffy, 858 F.3d 239, 245 (4th Cir. 2017) (quoting United States v. Midgette, 478 F.3d 616, 622 (4th Cir. 2007)).

  **IT IS SO RECOMMENDED**.

Signed: June 4, 2020

David C. Keesler
United States Magistrate Judge